# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOSSIMO GIANNULLI and LORI LOUGHLIN,<br><br>    Defendants. | Case No. 19-cr-10080 |

**SUPPLEMENTAL DECLARATION OF PERRY J. VISCOUNTY**
**REGARDING ALLEGED CONFLICTS OF INTEREST**

I, Perry J. Viscounty, declare as follows:

1. I am a partner with Latham & Watkins LLP and counsel of record for Defendants Mossimo Giannulli and Lori Loughlin. This Declaration is based on my personal knowledge and, if called upon, I would testify to these facts under penalty of perjury.

2. Last week, Latham's Ethics Committee informed me that the only active matter in which Latham had been representing USC—a real-estate matter involving the Los Angeles Memorial Coliseum Commission—had been fully resolved.

3. Latham's Ethics Committee also informed me that the team working on that matter provided USC with a disengagement letter formalizing the conclusion of Latham and USC's attorney-client relationship.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed on August 9, 2019, in Santa Ana, CA.

_____
Perry J. Viscounty