UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO, et al.,<br><br>Defendants. | Cr. No. 19-10080-NMG |

### DEFENDANT LORI LOUGHLIN'S
### WAIVER OF APPEARANCE FOR ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Lori Loughlin hereby waives her right to appear in court for arraignment on the Third Superseding Indictment in the above-captioned matter. Defendant and her counsel affirm that Ms. Loughlin has received a copy of the Third Superseding Indictment and that Ms. Loughlin pleads not guilty to each of the counts against her.

Therefore, Ms. Loughlin respectfully requests that the Court to accept this waiver and enter Ms. Loughlin's plea of not guilty.

/s/ Lori Loughlin
Lori Loughlin

Respectfully submitted,

By: /s/ William J. Trach
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

>Sean M. Berkowitz (*admitted pro hac vice*)
>LATHAM & WATKINS LLP
>330 North Wabash Avenue
>Suite 2800
>Chicago, IL 60611
>Phone: 312.777.7700
>sean.berkowitz@lw.com

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing on November 1, 2019.

>*/s/ William J. Trach*
>William J. Trach