# Exhibit D

November 14, 2019

Eric S. Rosen, Justin D. O'Connell, Leslie A. Wright, and Kristen A. Kearney
Assistant United States Attorneys
United States Attorney's Office
John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210

*United States v. Sidoo et al.*, **No. 19-cr-10080**

Dear Counsel,

We have reviewed your October 31 letter in response to the defendants' September 27 discovery requests. Most of the defendants' requests are now ripe for an oral meet-and-confer, which we propose below. However, your discussion of the defendants' Brady requests does not provide a basis for a productive dialogue.

As the defendants' letter explained, each of the Brady requests seeks exculpatory evidence within the government's possession (whether in documents or in statements from witnesses). The government's letter offers (a) "examples" of requests that the government does not consider exculpatory, and (b) case law about the requisite basis for a Brady request. The government does not, however, identify:

- The universe of requests that, in the government's view, do not seek exculpatory evidence; and

- The universe of requests seeking evidence that, to the government's knowledge, the government does not possess.

This information is necessary for an effective discussion and (if needed) adjudication of the defendants' requests. The government should not leave the defendants and the Court in the dark about which issues are actually in dispute. There is no need to debate or decide whether a category of evidence is exculpatory, if the government so concedes. There is likewise no need to analyze the defendants' reasons for believing that a category of evidence exists, if the government is already aware of such evidence.

We therefore ask that you identify the information described above by November 21. We propose a telephonic meet-and-confer, to address both the Brady requests and the other discovery-related issues, during the week of November 25.

Sincerely,

Counsel to defendants David Sidoo, Gregory Colburn, Amy Colburn, Gamal Abdelaziz, Diane Blake, Todd Blake, Joey Chen, Mossimo Giannulli, Elisabeth Kimmel, Lori Loughlin, William McGlashan, John Wilson, Homayoun Zadeh, and Robert Zangrillo