# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> DAVID SIDOO, et al., <br><br> Defendants. | Cr. No. 19-10080-NMG |

## DEFENDANT LORI LOUGHLIN'S
## WAIVER OF APPEARANCE FOR ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Lori Loughlin hereby waives her right to appear in court for an arraignment on the Fourth Superseding Indictment in the above-captioned matter.  Defendant and her counsel affirm that Ms. Loughlin has received a copy of the Fourth Superseding Indictment and that Ms. Loughlin pleads not guilty to each of the counts against her.

Therefore, Ms. Loughlin respectfully requests that the Court accept this waiver and enter Ms. Loughlin's plea of not guilty.

Respectfully submitted,

_Lori Loughlin_

/s/ Sean M. Berkowitz
Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

/s/ William J. Trach
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

*Counsel for Lori Loughlin*

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on January 27, 2020 to those identified as non-registered participants.

/s/ Sean M. Berkowitz
Sean M. Berkowitz