# Exhibit 2



THE CAMPAIGN *for the* University of Southern California | FAS REGNA TROJAE | **GIFT RECEIPT**

UNIVERSITY ADVANCEMENT

Thank you for your contribution. Your support is very much appreciated.

12/18/2017

Women's Athletic Board Fund    $50,000.00
**Total Gift Amount**              **$50,000.00**



Mossimo Giannulli Trust

No goods or services have been transferred to you for the deductible gift amount listed above. Please retain this receipt with your records in order to substantiate any tax deduction you may claim. If you have any questions regarding your gift, please contact University Advancement at 213-821-6094 or giftco@usc.edu.



THE CAMPAIGN *for the* University of Southern California | FAS REGNA TROJAE | **GIFT RECEIPT**

UNIVERSITY ADVANCEMENT

Thank you for your contribution. Your support is very much appreciated.

11/02/2016

Women's Athletic Board Fund    $50,000.00
**Total Gift Amount**              **$50,000.00**

Mossimo Giannulli Trust



No goods or services have been transferred to you for the deductible gift amount listed above. Please retain this receipt with your records in order to substantiate any tax deduction you may claim. If you have any questions regarding your gift, please contact University Advancement at 213-821-6094 or giftco@usc.edu.