UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MOSSIMO GIANNULLI and LORI LOUGHLIN,<br><br>Defendants. | Case No. 19-cr-10080 |

**DEFENDANTS MOSSIMO GIANNULLI AND LORI LOUGHLIN'S
SECOND SUPPLEMENTAL MEMORANDUM REGARDING TRIAL GROUPINGS**

In the event the Court elects to set a trial date at tomorrow's status conference (*see* ECF No. 875), Defendants Loughlin and Giannulli file this memorandum to supplement their proposed trial groupings submitted on February 12, 2020. *See* ECF No. 846. Defendants continue to recommend the same three trial groupings but now further propose that the following group be tried first. Defendants take no position on the order of the second and third trials.

**Trial 1**

| Defendant | Alleged Conduct |
|---|---|
| Gamal Abdelaziz | USC donations |
| Diane Blake and Todd Blake | USC donations |
| Mossimo Giannulli and Lori Loughlin | USC donations |
| John Wilson | USC donations |

**Trials 2 and 3**

| Defendant | Alleged Conduct | Defendant | Alleged Conduct |
|---|---|---|---|
| I-Hsin "Joey" Chen | Testing | Elisabeth Kimmel | Georgetown and USC donations |
| Amy Colburn and Gregory Colburn | Testing | Marci Palatella | Testing and USC donations |
| David Sidoo | Testing | William McGlashan Jr. | Testing and USC allegations |
| | | Homayoun Zadeh | USC donations |
| | | Robert Zangrillo | USC donations |

In light of this supplemental proposal, Defendant Zadeh[1] now joins in this recommendation and no longer support the Government's proposed trial groupings. *See* ECF Nos. 848 & 849.

As noted in Defendants' initial filing, Defendants proposed trial groupings is significantly preferable to the Government's proposal for several reasons. Unlike the Government's proposal, Defendants' recommendation has a clear organizing principle of treating like Defendants alike. That structure will help to ensure that the proceedings are both efficient and fair. It will help to streamline the trials by reducing motion practice about potentially prejudicial evidence unrelated to certain Defendants. Those efficiencies will have the added benefit of substantially reducing the number rulings the Court will need to make on complex motions and simplifying the jury instructions, thereby decreasing the chances that a reversible error occurs during one of the trials.

Dated: February 26, 2020

Respectfully submitted,

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz (*admitted pro hac vice*)
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
Fax: 312.993.9767
sean.berkowitz@lw.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

---

[1] Defendant Zadeh's first preference is for the four-trial proposal made by Defendant Kimmel, ECF No. 847, but joins this proposal as a second option and no longer supports the Government's proposal.

| | |
|---|---|
| George W. Vien (BBO #547411)<br>Joshua N. Ruby (BBO #679113)<br>DONNELLY, CONROY & GELHAAR, LLP<br>260 Franklin Street<br>Suite 1600<br>Boston, MA 02110<br>Phone: 617.720.2880<br>Fax: 617.720.3554<br>gwv@dcglaw.com<br>jnr@dcglaw.com | Perry J. Viscounty (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>650 Town Center Drive<br>20th Floor<br>Costa Mesa, CA 92626<br>Phone: 714.540.1235<br>perry.viscounty@lw.com<br><br>Roman Martinez (*admitted pro hac vice*)<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, DC 20004<br>Phone: 202.637.2200<br>roman.martinez@lw.com<br><br>*Counsel for Mossimo Giannulli and Lori Loughlin* |
| Mark E. Beck (*admitted pro hac vice*)<br>Mark Beck Law, A Professional Corporation<br>350 West Colorado Boulevard<br>Suite 200<br>Pasadena, CA 91105<br>Phone: 213.596.7828<br>mbeck@markbecklaw.com<br><br>*Counsel for Mossimo Giannulli* | |

David C. Scheper (*admitted pro hac vice*)
SCHEPER KIM & HARRIS LLP
601 West Fifth Street
12th Floor
Los Angeles, CA 90071
Phone: 213.613.4655
Fax: 213.613.4656
dscheper@scheperkim.com

*Counsel for Lori Loughlin*

3

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing, and paper copies will be sent on February 26, 2020 to those identified as non-registered participants.

*/s/ Sean M. Berkowitz*
Sean M. Berkowitz