# Exhibit B

Case 1:19-cr-10080-NMG   Document 881-2   Filed 02/27/20   Page 2 of 3



**U.S. Department of Justice**

***Andrew E. Lelling***
*United States Attorney*
*District of Massachusetts*

*Main Reception: (617) 748-3100*

*John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*

February 26, 2020

VIA E-MAIL
Counsel of Record

      Re:    College Admissions Cases

Dear Counsel:

      Enclosed at Bates numbers SINGER-PHONE-000495-000803 please find copies of the "Notes" from William "Rick" Singer's iPhone. These copies include numerous duplicates, because they were extracted from the phone over multiple dates during Singer's proactive cooperation, but we are producing them to you in their entirety.[1]

      During the investigation, members of the prosecution team learned that Singer had taken notes on his iPhone about his interactions with the government. Specifically, on or about October 28, 2018, members of the team saw all or part of the first four paragraphs under the entry for October 2, 2018, and the entry on October 6, 2018 (SINGER-PHONE-000536). At that time, the government believed the notes were privileged and did not review them further. In August 2019, the government initiated a privilege review process. This week, Singer's counsel agreed to waive privilege over the notes, and so we are now producing them.

      We intend to disclose the remaining iPhone content shortly, once the privilege review is complete.

---

[1] The extractions occurred on or about October 5, 2018, October 23, 2018, November 1, 2018, November 29, 2018, January 3, 2019, February 15, 2019, February 28, 2019, and March 11, 2019.

Sincerely,

ANDREW E. LELLING
United States Attorney

By:   */s Eric S. Rosen*
Eric S. Rosen
Justin D. O'Connell
Kirsten A. Kearney
Leslie A. Wright
Assistant U.S. Attorneys

cc:    The Hon. M. Page Kelley
       U.S. Magistrate Judge