UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**DEFENDANTS' CONSOLIDATED STATUS REPORT RE: DISCOVERY AND REQUEST TO DELAY THE FILING OF A PROPOSED BRIEFING SCHEDULE FOR DISCOVERY MOTIONS**

On January 10, 2020, the Defendants and the government filed a Joint Status Report. Dkt. #730. The Status Report suggested a March 13, 2020 deadline for the filing of discovery motions. *Id.* at 4. On January 17, the Court adopted the deadline proposed by the parties. Dkt. #745.

On February 26, 2020, the government disclosed, for the first time, certain exculpatory material (i.e., Singer's "iPhone notes"). The District Court held a hearing on February 27, after which, on March 4, the government provided additional voluminous discovery which the Defendants believe contains additional exculpatory evidence. *See* Letter Regarding Status Report (Dkt. #918) (detailing the evidence to be disclosed by the government). The government produced additional discovery on March 9 (additional information about the iPhone notes), March 16 (204,834 Bates-stamped pages, 1,845 audio files and 81 video files), March 24 (additional text messages between government agents and Mr. Singer), and two days ago on April 1 (a thumb drive containing approximately 230,000 files from Singer's laptop that were referenced in their March 13 letter). The materials provided on April 1 were not Bates-stamped and the government intends to reproduce the April 1 production with Bates stamps. The Defendants continue to

review the voluminous discovery provided by the government and anticipate receiving further discovery from the government in the coming weeks.

On March 8, 2020, the Defendants filed an assented to Motion for Extension of Time to File Discovery Motions. Dkt. #928. The Court allowed that motion on March 9, 2020. *See* Dkt. #930. The Court's March 9, 2020 order stated:

> In light of defendants' assented-to motion to revise the schedule for the filing of discovery motions #928, the present deadline of March 13 is suspended, and the defendants may file a proposed schedule for the filing of discovery motions, should one be necessary, as part of the status report they are already required to file on March 20, 2020.

On March 20, 2020 the Defendants filed a status report and request for extension of time to propose a schedule for the filing of discovery motions to April 3, 2020. Dkt. #959. The Court allowed the motion and extended the time to April 3, 2020. Dkt. #961.

As noted, the government has provided a significant volume of discovery in recent weeks. The Defendants are reviewing the discovery. In many instances the Defendants' review of the discovery has prompted further requests to the government. The government has committed to providing emails and documents which the government obtained via search warrants related to several Defendants in this case. These materials are currently being reviewed for privilege, and the government has committed to produce all additional non-privileged material from a variety of different custodians "as soon as possible." Dkt. #918.

Given that there is no date certain by which the government's production will be complete, and the fact that it will take several weeks (if not months) after the government's production for the Defendants to fully review the productions to ensure that the government has satisfied its obligations, Defendants respectfully submit that it is premature to set a final deadline for discovery motions. Consistent with the Court's order (Dkt. #961), the parties will attempt to resolve discovery disputes without the intervention of the Court. In instances where this is not

possible, Defendants propose to file discovery motions on a rolling basis, as was the practice earlier in this case. Defendants currently anticipate that upcoming discovery motions might include, for example, a motion to compel the production of documents the government has withheld on the basis of "privilege" which post-date Mr. Singer's cooperation with the government and his affirmative consent for the government to monitor his communications.

Due to the government's recent voluminous productions, the additional productions currently being considered by the government, and the ongoing global pandemic, Defendants request that the April 3, 2020 deadline for the submission of a proposed schedule for the filing of discovery motions be extended to May 8, 2020. This extension will hopefully allow the government to complete its productions, and will allow Defendants time to further review the additional discovery, assess which further discovery motions are necessary, and set a realistic schedule for the briefing of such motions. This extension of the deadline will further benefit all parties and the Court by facilitating efficient adjudication of this matter. Defendants note that, if the government does not complete its productions on a timely basis, Defendants may have to request a further extension.

Defendants accordingly respectfully request that the Court amend the deadline for the filing of a proposed schedule for discovery motions to May 8, 2020 without prejudice to Defendants filing any discovery motions in the interim to the extent such motions are necessary. The government assents to the May 8th date.

Dated:  April 3, 2020                                                       Respectfully submitted,

/s/ Brian T. Kelly
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren M. Maynard (BBO No. 698742)
NIXON PEABODY LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
jsharp@nixonpeabody.com
lmaynard@nixonpeabody.com

Robert Sheketoff (BBO No. 457340)
One McKinley Square
Boston, MA 02109
617-367-3449

*Counsel for Gamal Abdelaziz*

/s/ William J. Trach
Sean M. Berkowitz (*admitted pro hac vice*)   William J. Trach (BBO #661401)
LATHAM & WATKINS LLP                            LATHAM & WATKINS LLP
330 North Wabash Avenue                          200 Clarendon Street
Suite 2800                                       Boston, MA 02116
Chicago, IL 60611                                Phone: 617.948.6000
Phone: 312.777.7700                              Fax: 312.993.9767
Fax: 312.993.9767                                william.trach@lw.com
sean.berkowitz@lw.com

                                                 Roman Martinez (*admitted pro hac vice*)
Perry J. Viscounty (*admitted pro hac vice*)     LATHAM & WATKINS LLP
LATHAM & WATKINS LLP                             555 Eleventh Street, NW
650 Town Center Drive                            Suite 1000
20th Floor                                       Washington, DC 20004
Costa Mesa, CA 92626                             Phone: 202.637.2200
Phone: 714.540.1235                              roman.martinez@lw.com
perry.viscounty@lw.com

*Counsel for Mossimo Giannulli and Lori Loughlin*

George W. Vien (BBO #547411)                     David C. Scheper (*admitted pro hac vice*)
Joshua N. Ruby (BBO #679113)                     SCHEPER KIM & HARRIS LLP
DONNELLY, CONROY & GELHAAR, LLP                  601 West Fifth Street, 12th Floor
260 Franklin Street, Suite 1600                  Los Angeles, CA 90071
Boston, MA 02110                                 Phone: 213.613.4655
Phone: 617.720.2880                              Fax: 213.613.4656
Fax: 617.720.3554                                dscheper@scheperkim.com
gwv@dcglaw.com
jnr@dcglaw.com                                   *Counsel for Lori Loughlin*

Mark E. Beck (*admitted pro hac vice*)  
Mark Beck Law, A Professional Corporation  
350 West Colorado Boulevard  
Suite 200  
Pasadena, CA 91105  
Phone: 213.596.7828  
mbeck@markbecklaw.com  

*Counsel for Mossimo Giannulli*

*/s/ David S. Schumacher*  
David S. Schumacher (BBO #647917)  
HOOPER, LUNDY & BOOKMAN, P.C.  
470 Atlantic Avenue, Suite 1201  
Boston, MA 02210  
(617) 532-2700  
(617) 345-3927 (fax)  
dschumacher@health-law.com  

Patric Hooper (*pro hac vice*)  
HOOPER, LUNDY & BOOKMAN, P.C.  
1875 Century Park East, Suite 1600  
Los Angeles, California 90067-2517  
(310) 551-8111  
(310) 551-8181 (fax)  
phooper@health-law.com  

Jordan Kearney (*pro hac vice*)  
HOOPER, LUNDY & BOOKMAN, P.C.  
575 Market Street, Suite 2300  
San Francisco, CA 94105  
(415) 875-8500  
(415) 875-8519 (fax)  
jkearney@health-law.com  

*Counsel for Amy and Gregory Colburn*

*/s/ Jack W. Pirozzolo*  
Jack W. Pirozzolo (BBO # 564879)  
jpirozzolo@sidley.com  
SIDLEY AUSTIN LLP  
60 State Street, 36th Floor  
Boston, MA 02109  
(617) 223-0304  

John C. Hueston (*pro hac vice*)  
jhueston@hueston.com  
Marshall Camp (*pro hac vice*)  
mcamp@hueston.com  
HUESTON HENNIGAN LLP  
523 W. 6th Street, Suite 400  

*/s/ David E. Meier*  
David E. Meier (BBO #341710)  
Todd & Weld LLP  
One Federal Street, 27th Floor  
Boston, MA  02110  
(617) 720-2626  
dmeier@toddweld.com  

*/s/ Stephen H. Sutro*  
Stephen H. Sutro, Esq.  
Duane Morris, LLP  
Spear Tower  
One Market Plaza, Suite 2200  
San Francisco, CA  94105-1127  
(415) 957-3008  
SHSutro@duanemorris.com  

*Counsel for Diane Blake and Todd Blake*

/s/ *Reuben Camper Cahn*  
Reuben Camper Cahn (*pro hac vice*)  
Jennifer L. Keller (*pro hac vice*)  
Chase A. Scolnick (*pro hac vice*)  
KELLER/ANDERLE LLP  
18300 Von Karman Avenue, Suite 930  
Irvine, CA 92612  
Tel: (949) 476-8700  
rcahn@kelleranderle.com  

*Counsel for I-Hsen "Joey" Chen*

*/s/ R. Robert Popeo*  
R. Robert Popeo (BBO # 403360)  
Mark E. Robinson (BBO # 423080)  
Eóin P. Beirne (BBO # 660885)  
Cory S. Flashner (BBO # 629205)  
MINTZ, LEVIN, COHN, FERRIS,  
GLOVSKY AND POPEO, P.C.  
One Financial Center  
Boston, MA 02111  
(617) 348-1605 (telephone)  
(617) 542-2241 (fax)  
rpopeo@mintz.com  
mrobinson@mintz.com  
ebeirne@mintz.com  
csflashner@mintz.com  

*Counsel for Elisabeth Kimmel*

*/s/ Michael K. Loucks*  
Michael K. Loucks (BBO #305520)  

5

Los Angeles, CA 90014
(213) 788-4340

*Counsel for William McGlashan, Jr.*

*/s/ Michael Kendall*
Michael Kendall (BBO # 544866)
Yakov Malkiel (BBO # 689137)
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9310
michael.kendall@whitecase.com
yakov.malkiel@whitecase.com

Andrew E. Tomback (*pro hac vice*)
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY 10020
Telephone: (212) 819-8428
andrew.tomback@whitecase.com

*Counsel for John Wilson*

*/s/ Tracy A. Miner*
Tracy A. Miner (BBO No. 547137)
Megan A. Siddall (BBO No. 568979)
Miner Orkand Siddall LLP
470 Atlantic Ave, 4th Floor
Boston, MA 02110
Tel.: (617) 273-8377
Fax: (617) 273-8004
tminer@mosllp.com
msiddall@mosllp.com

*Counsel for Homayoun Zadeh*

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
500 Boylston Street
Boston, MA 02116
(617) 573-4800
michael.loucks@skadden.com

Jack P. DiCanio (*pro hac vice*)
Allen J. Ruby (*pro hac vice*)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue
Palo Alto, CA 94301
(650) 470-4500
jack.dicanio@skadden.com
allen.ruby@skadden.com

*Counsel for Marci Palatella*

*/s/ Martin G. Weinberg*
Martin G. Weinberg
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

Matthew L. Schwartz (*admitted pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Tel.: (212) 446-2300
Fax: (212) 446-2350
E-mail: mlschwartz@bsfllp.com

*Counsel for Robert Zangrillo*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the forgoing was filed electronically on April 3, 2020, and thereby delivered by electronic means to all registered participants as identified on the Notice of Electronic Filing.

    */s/ Brian T. Kelly*
    Brian T. Kelly