FILED
IN CLERKS OFFICE
2020 MAY 18  AM 10: 33
U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

---

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| v. : | Case No. 19-cr-10080 |
| : | |
| MOSSIMO GIANNULLI and LORI LOUGHLIN, : | MOTION FOR A PERMANENT INJUNCTION |
| Defendants. : | |
| and | |
| ROBERT A. HEGHMANN | May 14, 2020 |
| Intervenor. | |

---

**MOTION FOR A PERMANENT INJUNCTION**

Robert A. Heghmann hereby moves for a Permanent Injunction requiring the Department of Justice and the Federal Bureau of Investigation to strictly adhere and and obey the American Bar Association Model Rules of Professional Conduct including, but not limited to, Special Responsibilities of a Prosecutor as adopted by the Washington, D.C. Bar Association and interpreted by Washington, D.C. Courts.

Respectfully submitted,

Robert A. Heghmann

P.O. Box 6342

Virginia Beach, VA 23456

(603) 866 - 3089

Bob_Heghmann@Reagan.com

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I certify that I communicated with counsel for the Government in an attempt to resolve or narrow the issues raised in this motion. The Government takes the position that it opposes this motion.

Robert A. Heghmann

## CERTIFICATION

I hereby certify that on May 14, 2020, 2019 I caused a copy of the foregoing document to be served electronically on all Parties through the Court's CM/ECF system by mailing a copy to the Clerk of the Court for dissemination.

Robert A. Heghmann