UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
|  | ) | |
| v. | ) | CASE NO. 1:19-CR-10080-014-NMG |
|  | ) | |
| LORI LOUGHLIN, | ) | |
| Defendant. | ) | |

## SATISFACTION OF JUDGMENT

Now comes the United States of America and acknowledges satisfaction of the assessment, restitution and/or fine Judgment (Docket No. 1495), as to the defendant in the above-captioned matter, Lori Loughlin, by payment in full. This Satisfaction does not affect any outstanding Order of Forfeiture or Forfeiture Money Judgment entered in the case.

Respectfully submitted,

UNITED STATES OF AMERICA
By its attorneys

ANDREW E. LELLING
United States Attorney

By:   /s/ Carol E. Head
CAROL E. HEAD
Assistant United States Attorney
One Courthouse Way Suite 9200
Boston, MA 02210
Tel. No. (617) 748-3100
Fax No. (617) 748-3972
Carol.Head@usdoj.gov

Date: November 24, 2020