UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LORI LOUGHLIN,<br><br>            Defendant | Case No. 1:19-cr-10080-014-NMG |

**LORI LOUGHLIN'S
ASSENTED-TO MOTION FOR RETURN OF PASSPORT**

Lori Loughlin respectfully moves the Court for the return to her counsel of her United States passport, which is in the custody of the United States Pretrial Services Office. In support of her motion, Ms. Loughlin states as follows:

1. On March 27, 2019, counsel for Ms. Loughlin delivered her passport to the Pretrial Services Office for the Central District of California.

2. On August 21, 2020, the Court sentenced Ms. Loughlin to two months of incarceration, followed by two years of supervised release, 100 hours of community service, as well as a fine of $150,000.

3. On October 30, 2020, Ms. Loughlin reported to FCI Dublin to serve her period of incarceration.

4. On November 24, 2020, the government filed a Satisfaction of Judgment confirming that Ms. Loughlin had paid her fine in full.

5. On December 28, 2020, Ms. Loughlin was released from the custody of the Bureau of Prisons.

6. The United States Pretrial Services Office is still in possession of Ms. Loughlin's passport.

Accordingly, Ms. Loughlin respectfully requests that the Court direct the United States Pretrial Services Office to return Ms. Loughlin's United States passport to her undersigned counsel. The government assents to this request.

Dated: February 10, 2021

Respectfully Submitted,

/s/ William J. Trach
William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Phone: 617.948.6000
william.trach@lw.com

Sean M. Berkowitz *(admitted pro hac vice)*
LATHAM & WATKINS LLP
330 North Wabash Avenue
Suite 2800
Chicago, IL 60611
Phone: 312.777.7700
sean.berkowitz@lw.com

Perry J. Viscounty *(admitted pro hac vice)*
Allison S. Blanco *(admitted pro hac vice)*
LATHAM & WATKINS LLP
650 Town Center Drive
20th Floor
Costa Mesa, CA 92626
Phone: 714.540.1235
perry.viscounty@lw.com
allison.blanco@lw.com

Roman Martinez *(admitted pro hac vice)*
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, DC 20004
Phone: 202.637.2200
roman.martinez@lw.com

*Counsel for Lori Loughlin*

## LOCAL RULE 7.1(a)(2) CERTIFICATION

I hereby certify that I conferred with counsel for the government regarding the relief requested in this motion, and that the government assents thereto.

/s/ William J. Trach
William J. Trach

## CERTIFICATE OF SERVICE

I certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing and that paper copies will be sent to those identified as non-registered participants.

/s/ William J. Trach
William J. Trach