UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>     )<br>Plaintiff, )<br>     )<br>v.    )<br>     )<br>COBURN, et al.  )<br>     )<br>Defendants.  )<br>     )<br>     ) | Case No. 1:19-CR-10080-NMG<br><br>Judge: Hon. Nathaniel M. Gorton |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

The undersigned attorney respectively files this notice of withdrawal of appearance on behalf of Lori Loughlin.  In support of this notice, the undersigned states that this case is terminated as to Lori Loughlin.  In addition, Perry J. Viscounty, Roman Martinez, Allison S Blanco and William J. Trach are still listed as representing Lori Loughlin.

Dated:  February 25, 2021

                                        WINSTON & STRAWN LLP

                                        By:  /s/ David C. Scheper
                                        David C. Scheper (*pro hac vice*)
                                        WINSTON & STRAWN LLP
                                        333 South Grand Ave., 38th Floor
                                        Los Angeles, CA 90071
                                        213-615-1700
                                        DScheper@winston.com

CERTIFICATE OF SERVICE

      I certify that, on February 25, 2021 I caused a copy of the foregoing document to be served via the ECF system on all counsel of record.

Dated:  February 25, 2021

                                        David C. Scheper