

# Memorandum

**To:** The Honorable Nathaniel M. Gorton, U.S. District Judge

**From:** Chrissy Murphy, Supervisory U.S Probation Officer

**Date:** May 12, 2021

**Re:** Lori Loughlin,   Docket # 1:19CR10080-14

<u>**Request for International Travel**</u>

---

The purpose of this memorandum is to advise the Court that the above-captioned individual has requested permission to travel to San Jose Del Cabo, Mexico.

On August 21, 2020, Ms. Loughlin appeared before Your Honor, having previously plead guilty to One Count of Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. §§1349 and 1343. Ms. Loughlin was sentenced to 2 months in custody, followed by 2 years of supervised release. Ms. Loughlin commenced her term of supervised release on December 28, 2020 and has been supervised in the Central District of California since that time.

Ms. Loughlin is requesting travel to San Jose Del Cabo, Mexico to spend time with her family. Ms. Loughlin is seeking to travel, leaving approximately June 16, 2021 and returning June 21, 2021.

Ms. Loughlin has remained in compliance during her term of supervised release. According to the Central District of California, Ms. Loughlin has presented respectfully and cooperatively in all interactions with her Probation Officer. Ms. Loughlin has satisfied her fine of $150,000 as well as her community service requirement. The Probation Office in the Central District of California is in support of the above requested travel. If Your Honor approves of Ms. Loughlin's requested travel to San Jose Del Cabo, Mexico, please kindly indicate by signing below:

The Court Orders:

I concur _____

I do NOT concur _____

_____
The Honorable Nathaniel M. Gorton
U.S. District Judge

Date: _____