

# Memorandum

**To:** The Honorable Nathaniel M. Gorton, U.S. District Judge

**From:** Chrissy Murphy, Supervisory U.S Probation Officer

**Date:** October 20, 2021

**Re:** Lori Loughlin, Docket #1:19CR10080-14
<u>Request for International Travel</u>

---

The purpose of this Memorandum is to advise the Court that the above-captioned individual has requested permission to travel to San Jose Del Cabo, Mexico.

On August 21, 2020, Ms. Loughlin appeared before Your Honor, having previously plead guilty to one count of Conspiracy to Commit Mail and Wire Fraud, in violation of 18 U.S.C. §§ 1349 and 1343. Ms. Loughlin was sentenced to 2 months in custody, followed by 2 years of supervised release and a $150,000 fine. Ms. Loughlin commenced her term of supervised release on December 28, 2020 and has been supervised in the Central District of California since that time.

Ms. Loughlin has requested permission to travel to San Jose Del Cabo, Mexico to attend a wedding. Ms. Loughlin is seeking to travel, leaving November 5, 2021 and returning on November 12, 2021.

According to the Central District of California, Ms. Loughlin has remained in compliance during her term of supervised release. Ms. Loughlin has satisfied her fine of $150,000, as well as her community service requirement. The Probation Office in the Central District of California is in support of the above-requested travel. If Your Honor approves of Ms. Loughlin's requested travel to San Jose Del Cabo, Mexico, please kindly indicate by signing below:

The Court Orders:

I concur _____

I do NOT concur _____

_____
The Honorable Nathaniel M. Gorton
U.S. District Judge

Date: _____