

# Memorandum

To: The Honorable Nathaniel M. Gorton, U.S. District Judge

From: Thomas C. Mullen, Supervisory U.S. Probation Officer

Date: August 4, 2022

Re: **Loughlin, Lori Dkt. #:1:19CR10080-14 – <u>Request for International Travel</u>**

---

The purpose of this Memorandum is to advise the Court that the above-captioned individual has requested permission to travel to Canada.

On August 21, 2020, Ms. Loughlin appeared before Your Honor, having previously plead guilty to one count of Conspiracy to Commit Mail and Wire Fraud, in violation of <u>18 U.S.C. §§ 1349</u> and <u>1343</u>. Ms. Loughlin was sentenced to 2 months in custody, followed by 2 years of supervised release and a $150,000 fine. Ms. Loughlin commenced her term of supervised release on December 28, 2020, and has been supervised in the Central District of California since that time.

Ms. Loughlin has requested permission to travel to Canada for work-related purposes in anticipation of being offered a filming production project. The exact dates and location of travel are unknown at this time; however, Ms. Loughlin anticipates that she will be traveling for about one week in the middle of September or beginning of October. Ms. Loughlin's acceptance of the offer is contingent on the Court's authorization; therefore, Ms. Loughlin is requesting an expedited response.

Ms. Loughlin has remained in compliance during her term of supervised release. According to the Central District of California, Ms. Loughlin has satisfied her fine of $150,000, as well as her community service requirement. The District of Massachusetts Probation Office is in support of the above-requested travel and would request that the supervising Probation Officer have the discretion to approve the exact dates of travel according to filming production dates. If Your Honor approves of Ms. Loughlin's requested travel to Canada for employment purposes, please kindly indicate by signing below:

The Court Orders:

I concur __✓__    I do NOT concur_____

_____
The Honorable Nathaniel M. Gorton
U.S. District Judge

Date: 08/05/2022

1